UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRIDE HYUNDAI OF LYNN, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIA MOTORS AMERICA, INC., <br><br> Defendant. | Civil Action No. 16-11686 |

# NOTICE OF REMOVAL

Defendant Kia Motors America, Inc. ("KMA"), by and through its counsel, Collora LLP, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Superior Court of the Commonwealth of Massachusetts, County of Essex, to the United States District Court for the District of Massachusetts, on the following grounds:

1. On August 16, 2016, Plaintiff Pride Hyundai of Lynn, Inc. ("Pride" or "Plaintiff") commenced this action by filing a Summons and Complaint in the Superior Court of the Commonwealth of Massachusetts, County of Essex (the "State Court") entitled <u>Pride Hyundai of Lynn, Inc., Plaintiff, v. Kia Motors America, Inc., Defendant</u>, Civil Action No. 1677CV01250 (the "State Court Action").

2. KMA accepted service of the Summons and the "Verified Complaint For Damages and Injunctive Relief" (the "Complaint") in the State Court Action on August 17, 2016.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely since it is filed within thirty (30) days of the defendant's receipt of the Summons and Complaint.

4. According to the Complaint, Plaintiff Pride is, and was as of the commencement of the State Court Action, a Delaware corporation with its principal place of business located in Lynn, Massachusetts.

5. As stated in the Complaint, Defendant KMA is, and was as of the commencement of the State Court Action, a California corporation with its principal place of business in Irvine, California. KMA is the only defendant in the State Court Action.

6. Diversity of citizenship exists between the parties because Pride and KMA are citizens of different states.

7. The amount in controversy exceeds $75,000, exclusive of interest and costs. In the Complaint, Pride demands damages, attorney's fees, and injunctive relief. See Complaint, at 20. While the amount of damages demanded is not stated in the Complaint itself, Pride's Civil Action Cover Sheet, filed in the State Court Action and signed by Pride's Attorney of Record, states that the amount of money damages at issue is $1,000,000. See Exhibit A (Civil Action Cover Sheet filed in State Court Action). In addition, the Complaint demands injunctive relief preventing the termination of Pride's Kia franchise. The value of such injunctive relief, in and of itself, exceeds $75,000, because the value of Pride's Kia franchise exceeds $75,000.

8. Accordingly, the United States District Court for the District of Massachusetts has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

9. KMA has been served with (a) the Complaint; (b) a Summons and Order of Notice (which scheduled a hearing on Plaintiff's Motion for Preliminary Injunction on August 23, 2016); (c) Plaintiff's Motion for a Preliminary Injunction; (d) Plaintiff's Motion to Appoint

Special Process Server; (e) a Civil Tracking Order; (f) three "Clerk's Notices"; and (g) the Civil Cover Sheet. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and other papers served upon KMA are attached hereto as Exhibit B.

10. By filing this Notice of Removal, KMA does not waive any defense which may be available to it.

11. A copy of this notice will be filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, County of Essex, as required by 28 U.S.C. § 1446(d).

12. KMA will serve this Notice of Removal on the attorneys for Plaintiff: Doreen M. Zankowski and Scott McQuilkin of Duane Morris LLP, 100 High Street, Suite 2400, Boston, MA 02110-1724, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant KMA respectfully removes this action from the Superior Court of the Commonwealth of Massachusetts, County of Essex, to the United States District Court for the District of Massachusetts.

Dated: August 18, 2016

Respectfully submitted,

*/s/ Maria R. Durant*
Maria R. Durant (BBO # 558906)
William H. Kettlewell (BBO # 270320)
Azure M. Aaronsson (BBO #670325)
COLLORA LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
(617) 371-1000
(617) 371-1037 (fax)
mdurant@collorallp.com
wkettlewell@collorallp.com
aaronsson@collorallp.com

Of Counsel:

John J. Sullivan
(*Pro Hac Vice* motion to be filed)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York  10022
(212) 918-3000

*Attorneys for Defendant Kia Motors America, Inc.*

CERTIFICATE OF SERVICE

I, Maria R. Durant, certify that I have on this 18th day of August, 2016 served in hand a copy of the above Notice of Removal on Attorneys Doreen Zankowski and Scott McQuilkin, Duane Morris LLP, 100 High Street, Suite 2400, Boston, MA 02110.

*/s/ Maria R. Durant*
Maria R. Durant